UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KATHERINE FIGUEROA, o/b/o E.A.R.F., a minor child, | CASE NO. 1:20-cv-1765 |
| Plaintiff, | OPINION & ORDER [Resolving Doc. 1] |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Katherine Figueroa seeks judicial review of the final decision of Defendant Commissioner of Social Security denying her applications for Supplemental Security Income on behalf of her minor child, E.A.R.F. On December 13, 2021, Magistrate Judge Amanda M. Knapp recommended that the Court vacate the Commissioner's decision and remand the case for further proceedings consistent with Judge Knapp's Report and Recommendation.[1]

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of a Report and Recommendation to which the parties have objected.[2] Absent objection, a district court may adopt a Report and Recommendation without review.[3]

Here, no party has objected to the Report and Recommendation, so this Court may

---

[1] Doc. 20.
[2] 28 U.S.C. § 636(b)(1).
[3] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).

Case No. 1:20-cv-01765
Gwin, J.

adopt the Report and Recommendation without further review. Moreover, having conducted its own review of the petition and record, the Court agrees with Judge Knapp's detailed conclusions that the ALJ decision failed to adequately consider the full record.

Accordingly, the Court **ADOPTS** Judge Knapp's Report and Recommendation, incorporating it fully herein by reference, **VACCATES** the Commissioner's final decision, and **REMANDS** this case consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated: January 5, 2022        *s/     James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE